| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **Order Filed on August 12, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Jennifer & Ryan Kahoun | Case No.: 19-24647<br><br>Hearing Date: _____<br><br>Chapter: 13<br><br>Judge: Altenburg |

## ORDER RESOLVING ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 12, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having come before the Court on an Order to Show Cause Why the Case Should Not Be Dismissed For Failure to Meet The Credit Counseling Requirements;

It is hereby **ORDERED** that

_xx_  The credit counseling certificate(s) that has been filed by the debtor(s) is satisfactory.  The Court finds that the debtor(s) now have met the credit counseling requirements of the Bankruptcy Code.  The case may proceed in the normal course.

___    Other: _____

_____