UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on November 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: <br><br> Jennifer and Ryan Kahoun <br><br> Debtors | Case No.: 19-24647-ABA <br><br> Chapter: 13 <br><br> Hearing Date: November 12, 2019 <br><br> Judge: Andrew B. Altenburg, Jr. |

**ORDER DENYING MOTION TO ATTEND 341 MEETING BY TELEPHONE**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: November 12, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Jennifer & Ryan Kahoun*
*Case No.: 19-24647-ABA*
*Order Denying Motion to Attend 341 Meeting by Telephone*
Page | 2

---

**THIS MATTER** having come before the court by the debtors' Motion to Attend 341 Meeting by Telephone (Doc. No. 38); and the court considering the papers submitted; and the parties appearing and arguing; and for the reasons set forth on the record in the court's oral opinion on November 12, 2019; and for good cause shown; it is

**ORDERED** that the Motion to Attend 341 Meeting by Telephone is DENIED.

The court reserves the right to revise its findings of fact and conclusions of law.