UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 14, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Jennifer and Ryan Kahoun<br><br>Debtors. | Case No.: 19-24647-ABA<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg, Jr. |

# ORDER CONDITIONALLY VACATING DISMISSAL

The relief set forth on the following pages, numbered two through three, is hereby **ORDERED**.

**DATED: January 14, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Jennifer & Ryan Kahoun*
*Case No.: 19-24647-ABA*
*Order Conditionally Vacating Dismissal*
Page | 2

---

The Debtors having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

**ORDERED** that the motion is granted and the order dismissing case is conditionally vacated effective on the date of this order. The vacating of the dismissal is **_EXPRESSLY CONDITIONED_** on the Debtors, within 14 days from the date of this order, (1) providing all outstanding documents to the Trustee; (2) paying any outstanding fees; and (3) scheduling a 341 meeting of creditors. If the Debtors comply with these conditions, this order shall become a final order vacating dismissal. However, if the Debtors fail to comply with the terms of this order, the case will be dismissed WITH PREJUDICE—prohibiting the Debtors from filing a new bankruptcy case within 180 days from the date of dismissal of this case.

**IT IS FURTHER ORDEDED** that no actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

**IT IS FURTHER ORDERED** that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the Debtors' discharge or dischargeability of certain debts, or 60 days from the date of this order, whichever is later;
2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this order, whichever is later; and
3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this order, whichever is later.

**IT IS FURTHER ORDERED** that the debtors must contact the case trustee to schedule a new date for the meeting of creditors, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

**IT IS FURTHER ORDERED** that the confirmation hearing is rescheduled to February 26, 2020, at 9:00 A.M.

*In re Jennifer & Ryan Kahoun*
*Case No.: 19-24647-ABA*
*Order Conditionally Vacating Dismissal*
Page | 3

---

       **IT IS FURTHER ORDERED** that the Debtors must within 3 days of the date of this order, serve all creditors and parties in interest with a copy of this order and immediately thereafter file Local Form *Certificate of Service*.