Form ntcrics – ntcreincsv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.: 19−24647−ABA
                          Chapter:  13
                          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jennifer Kahoun | Ryan Kahoun |
| PO Box 246 | PO Box 246 |
| Haddon Heights, NJ 08035 | Haddon Heights, NJ 08035 |

Social Security No.:
  xxx−xx−1078                                     xxx−xx−1348

Employer's Tax I.D. No.:

**NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE**

     Notice is hereby given that an order vacating dismissal of this case was entered on 1/14/20. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

     The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.gov.

Dated: January 14, 2020
JAN:

                                                                            Jeanne Naughton
                                                                            Clerk