UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Jennifer and Ryan Kahoun<br><br>　　　　　　　　　Debtors. | Case No.:　　19-24647-ABA<br><br>Chapter:　　13<br><br>Judge:　　Andrew B. Altenburg, Jr. |

# ORDER CONDITIONALLY VACATING DISMISSAL

The relief set forth on the following pages, numbered two through three, is hereby **ORDERED**.

**DATED: January 14, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Jennifer & Ryan Kahoun*
*Case No.: 19-24647-ABA*
*Order Conditionally Vacating Dismissal*
Page | 2

---

The Debtors having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

**ORDERED** that the motion is granted and the order dismissing case is conditionally vacated effective on the date of this order. The vacating of the dismissal is ***EXPRESSLY CONDITIONED*** on the Debtors, within 14 days from the date of this order, (1) providing all outstanding documents to the Trustee; (2) paying any outstanding fees; and (3) scheduling a 341 meeting of creditors. If the Debtors comply with these conditions, this order shall become a final order vacating dismissal. However, if the Debtors fail to comply with the terms of this order, the case will be dismissed WITH PREJUDICE—prohibiting the Debtors from filing a new bankruptcy case within 180 days from the date of dismissal of this case.

**IT IS FURTHER ORDEDED** that no actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

**IT IS FURTHER ORDERED** that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the Debtors' discharge or dischargeability of certain debts, or 60 days from the date of this order, whichever is later;
2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this order, whichever is later; and
3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this order, whichever is later.

**IT IS FURTHER ORDERED** that the debtors must contact the case trustee to schedule a new date for the meeting of creditors, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

**IT IS FURTHER ORDERED** that the confirmation hearing is rescheduled to February 26, 2020, at 9:00 A.M.

*In re Jennifer & Ryan Kahoun*
*Case No.: 19-24647-ABA*
*Order Conditionally Vacating Dismissal*
Page | 3
___

        **IT IS FURTHER ORDERED** that the Debtors must within 3 days of the date of this order, serve all creditors and parties in interest with a copy of this order and immediately thereafter file Local Form *Certificate of Service*.

United States Bankruptcy Court
District of New Jersey

In re:  
Jennifer Kahoun  
Ryan Kahoun  
       Debtors

Case No. 19-24647-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 14, 2020  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2020.  
db/jdb       +Jennifer Kahoun,    Ryan Kahoun,    PO Box 246,    Haddon Heights, NJ 08035-0246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
       Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                       TOTAL: 4